# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. PD-0035-11 & PD-0036-11

### WILLIAM ALLEN COOPER, Appellant

### v.

### THE STATE OF TEXAS

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE SIXTH COURT OF APPEALS
### RED RIVER COUNTY

Womack, J., filed a statement.

While I join the Court's order, I take this opportunity to mention that the appellant is eligible for immediate release on bail before the mandate issues. See Code of Criminal Procedure article 44.04(h).

Filed June 29, 2011.
Do not publish.